IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Sampson, Vivian E | Case Number: 08 B 14391 |
| | Judge: Squires, John H |
| Printed: 12/23/08 | Filed: 6/5/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 15, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 180.23 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 180.23 |
| Totals: | 180.23 | 180.23 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Internal Revenue Service | Priority | 170.83 | 0.00 |
| 2. | Illinois Dept of Revenue | Priority | 446.25 | 0.00 |
| 3. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 4. | Illinois Dept of Revenue | Unsecured | 54.20 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 380.13 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 1,831.40 | 0.00 |
| 7. | Capital One Auto Finance | Unsecured | 20,220.20 | 0.00 |
| 8. | Plains Commerce Bank | Unsecured | 749.53 | 0.00 |
| 9. | Central Collection Co | Unsecured | 58.00 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 780.78 | 0.00 |
| 11. | Austin Anesthesia | Unsecured | 366.00 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 2.48 | 0.00 |
| 13. | Midwest Verizon Wireless | Unsecured | 682.43 | 0.00 |
| 14. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 15. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Advance American | Unsecured | | No Claim Filed |
| 18. | Americash Loans | Unsecured | | No Claim Filed |
| 19. | American Collections & Credit | Unsecured | | No Claim Filed |
| 20. | Arnold Scott Harris PC | Unsecured | | No Claim Filed |
| 21. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 22. | Check Into Cash | Unsecured | | No Claim Filed |
| 23. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 24. | A/R Concepts Inc | Unsecured | | No Claim Filed |
| 25. | Credit Collection | Unsecured | | No Claim Filed |
| 26. | Falls Collection Service | Unsecured | | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Sampson, Vivian E | | Case Number: 08 B 14391 |
| | | Judge: Squires, John H |
| Printed: 12/23/08 | | Filed: 6/5/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Revenue Production Mgmt | Unsecured | | No Claim Filed |
| 28. | Illinois Bone & Joint Institute | Unsecured | | No Claim Filed |
| 29. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 30. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 31. | Comcast | Unsecured | | No Claim Filed |
| 32. | CSR Primary Care | Unsecured | | No Claim Filed |
| 33. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 34. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 35. | Northwest Collectors | Unsecured | | No Claim Filed |
| 36. | GC Services | Unsecured | | No Claim Filed |
| 37. | Orchard Bank | Unsecured | | No Claim Filed |
| 38. | QVC | Unsecured | | No Claim Filed |
| 39. | North Shore Pathology Consultant | Unsecured | | No Claim Filed |
| | | | $ 25,742.23 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

